NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**JUMP ROPE SYSTEMS, LLC,**
*Appellant*

**v.**

**COULTER VENTURES, LLC, DBA ROGUE FITNESS,**
*Appellee*

_____

2020-2284, 2020-2285

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2019-00586, IPR2019-00587.

_____

**JUDGMENT**

_____

GREGORY F. AHRENS, Wood, Herron & Evans, LLP, Cincinnati, OH, argued for appellant.  Also represented by CHARLES D. PFISTER.

LOUIS DISANTO, Banner & Witcoff, Ltd., Chicago, IL, argued for appellee.  Also represented by BRIAN APEL, ERIC J. HAMP; BLAIR A. SILVER, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, REYNA, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>October 6, 2021</u>       <u>/s/ Peter R. Marksteiner</u>
        Date             Peter R. Marksteiner
                         Clerk of Court